■ ROYAL INDEMNITY COMPANY, Appellant, v KATHY L. MILLER et al., Respondents, and JEFFREY M. ELLIS, Defendant. (Appeal No. 2.)—Order unanimously reversed on the law without costs, motion denied, cross motion granted and judgment granted in accordance with same Memorandum as in Royal Indem. Co. v Miller ([appeal No. 1] 187 AD2d 956 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Declaratory Judgment.) Present—Callahan, J. P., Boomer, Pine, Boehm and Doerr, JJ.